## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAULINA F. ZUNINO, DMD, LLC, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>       v.<br><br>SENTINEL INSURANCE COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  2:20-cv-01260<br>)<br>)  Chief Judge Mark R. Hornak<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

AND NOW, on this 14th day of October, 2022, the Court enters the following Order: For the reasons stated in this Court's Memorandum Order of this date, Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 55) is GRANTED and Plaintiff's Amended Complaint (ECF No. 51) is hereby DISMISSED with prejudice. Defendant has also moved to dismiss Plaintiff's class action claims, in a separate Motion (ECF No. 57). In light of the above disposition, Defendants' Motion to Dismiss Plaintiff's class action claims (ECF No. 57) is DISMISSED without prejudice as moot. The Clerk will CLOSE the case.

s/ Mark R. Hornak<br>
Mark R. Hornak<br>
Chief United States District Judge

Dated:   October 14, 2022